UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

DAMON REARDON,

      Plaintiff,

      v.

MARTIN J. O'MALLEY,
Commissioner of Social Security,

      Defendant.

Case No. 4:24-cv-00156-BLW

**MEMORANDUM DECISION AND ORDER**

## INTRODUCTION

The plaintiff, Damon Reardon, filed an application to proceed in forma pauperis. (Dkt. 3). This matter is before the Court on United State Magistrate Judge Candy W. Dale's Report and Recommendation. Dkt. 12. The Court will adopt the Report & Recommendation in its entirety and deny Mr. Reardon's application to proceed in forma pauperis.

## STANDARD OF REVIEW

Under 28 U.S.C. § 636(b)(1)(C), this Court "may accept, reject, or modify, in whole or in part, the findings and recommendations made by the magistrate judge." Where the parties object to a report and recommendation, this Court "shall

**MEMORANDUM DECISION AND ORDER - 1**

make a de novo determination of those portions of the report which objection is made." *Id.* Where, however, no objections are filed the district court need not conduct a de novo review. To the extent that no objections are made, arguments to contrary are waived, and "the Court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Advisory Committee Notes to Fed. R. Civ. P. 72; *see also* 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

## DISCUSSION

The relevant factual and procedural background are properly articulated in the Report and Recommendation and are incorporated into this order. Dkt. 12. No objections to the Report and Recommendation were filed. Indeed, Mr. Reardon has already complied with the Magistrate Judge's Report and Recommendation by paying the filing fee in full.

The Court has reviewed the entire Report and Recommendation and the record in this matter for clear error on the face of the record and finds none. The Magistrate Judge articulated and applied the correct standard of law and this Court agrees with her analysis and conclusion that Mr. Reardon does not meet the requirements to proceed in forma pauperis. Accordingly, the Court will adopt the Report and Recommendation in its entirety.

MEMORANDUM DECISION AND ORDER - 2

## ORDER

**IT IS ORDERED that:**

1.      The Report and Recommendation (Dkt. 12) is **ADOPTED IN ITS ENTIRETY** as the order of the Court.

2.      The Plaintiff's application to proceed in forma pauperis (Dkt. 3) is **DENIED.**

DATED: May 13, 2024

B. Lynn Winmill
U.S. District Court Judge

**MEMORANDUM DECISION AND ORDER - 3**